# Exhibit A

ELECTRONICALLY FILED
Superior Court of California,
County of San Diego
07/24/2017 at 03:55:38 PM
Clerk of the Superior Court
By Vanessa Bahena, Deputy Clerk

1  THE BICKEL LAW FIRM, INC.
   Brian J. Bickel, State Bar No. 205646
2  Erika N. Kavicky, State Bar No. 225052
   C. Brian Wagner, State Bar No. 302516
3  701 B Street, Suite 1200
   San Diego, California 92101-8107
4  Telephone:    (619) 374-4100
   Facsimile:    (619) 231-9040
5

6  Attorneys for Plaintiff VRAM ISMAILYAN

7

8  SUPERIOR COURT OF CALIFORNIA, COUNTY OF SAN DIEGO

9  HALL OF JUSTICE

10

11  VRAM ISMAILYAN,                               ) Case No.: 37-2017-00027160-CU-BC-CTL
                                                  )
12                                                )
                 Plaintiff,                       ) **COMPLAINT FOR VIOLATION OF THE**
13                                                ) **SONG-BEVERLY CONSUMER**
        vs.                                       ) **WARRANTY ACT**
14                                                )
    JAGUAR LAND ROVER NORTH                       )
15  AMERICA, LLC., and DOE 1 through DOE          )
    10 inclusive,                                 )
16                                                )
                                                  )
17               Defendants                       )
                                                  )
18                                                )

19  _____

Plaintiff alleges:
20
        1.      Plaintiff VRAM ISMAILYAN (hereinafter "Plaintiff") is and at all times
21
    mentioned herein was, a competent adult.
22
        2.      Plaintiff is informed and believes and thereupon alleges that defendant JAGUAR
23
    LAND ROVER NORTH AMERICA, LLC is a limited liability company.

24
        3.      Defendants DOE 1 through DOE 10 inclusive are sued herein pursuant to California
25
    Code of Civil Procedure §474. DOE 1 through DOE 10 are each independently, or as a
26
    representative of another defendant in this suit, responsible in some manner for the causes of action
27
    set forth herein and the damages sustained by Plaintiff.

28  ///

---

1

COMPLAINT FOR VIOLATION OF THE SONG-BEVERLY CONSUMER WARRANTY ACT

4. Plaintiff leased the subject 2016 Land Rover Range Rover; VIN: SALGS2VF3GA275022 ("the subject vehicle") on or about April 2, 2016 from Land Rover Encino located in Encino, California. The subject vehicle is a new motor vehicle that was leased primarily for personal, family, or household purposes or it is a new motor vehicle with a gross vehicle weight under 10,000 pounds that was leased or used primarily for business purposes by an entity to which not more than five motor vehicles are registered in this state. The subject vehicle is a "new motor vehicle" under the Song-Beverly Consumer Warranty Act, Civil Code §§1790 *et seq* (the "Act").

5. Land Rover Encino is engaged in the business of distributing or selling consumer goods at retail. Plaintiff is a "buyer" under the Act.

6. JAGUAR LAND ROVER NORTH AMERICA, LLC manufactures, assembles, or produces consumer goods. JAGUAR LAND ROVER NORTH AMERICA, LLC is a "manufacturer" under the Act.

7. JAGUAR LAND ROVER NORTH AMERICA, LLC issued an "express warranty" to Plaintiff in which, *inter alia*, JAGUAR LAND ROVER NORTH AMERICA, LLC undertook to preserve or maintain the utility or performance of the subject vehicle. Said warranty was an integral factor in Plaintiff's decisions to lease the subject vehicle.

8. The subject vehicle has suffered from nonconformity(s) to warranty, including, but not limited to, defect(s) which have manifested in recurrent abnormal brake noises, recurrent abnormal brake malfunctions, recurrent abnormal brake failure, recurrent abnormal premature wearing of brake pads, recurrent abnormal vehicle jerking while in reverse, recurrent abnormal navigation malfunctions, and recurrent abnormal transmission malfunctions. Said nonconformity(s) have substantially impaired the vehicle's use, value, or safety to Plaintiff.

///
///
///
///
///

9. Plaintiff has delivered the vehicle to JAGUAR LAND ROVER NORTH AMERICA, LLC or its authorized repair facility(s) for repair of said nonconformity(s). JAGUAR LAND ROVER NORTH AMERICA, LLC or its authorized repair facility(s) have failed: to service or repair the subject vehicle to warranty after a reasonable number of attempts; begin repairs within a reasonable time; and/or complete repairs within thirty (30) days so as to conform to the applicable warranties.

10. The subject vehicle was not fit for the ordinary purposes for which such goods are used and was not of the same quality as those generally acceptable in the trade. JAGUAR LAND ROVER NORTH AMERICA, LLC breached the implied warranty of merchantability and implied warranty of fitness. Plaintiff is entitled to revoke acceptance of the subject vehicle under the Act.

11. JAGUAR LAND ROVER NORTH AMERICA, LLC has not replaced the vehicle or otherwise made restitution to Plaintiff pursuant to its obligations under the Act.

12. Plaintiff is informed and believes and thereupon alleges that JAGUAR LAND ROVER NORTH AMERICA, LLC's refusal to replace the vehicle or make restitution to Plaintiff was willful and not the result of a good faith and reasonable belief that the facts imposing said statutory obligation were absent.

13. Pursuant to the Act, Plaintiff is entitled to restitution in an amount equal to the actual price paid or payable by Plaintiff and collateral charges such as sales tax, license fees, registration fees, and other official fees less an amount directly attributable to use by Plaintiff prior to the time Plaintiff first delivered the vehicle for repair.

14. Plaintiff is entitled to recover incidental, consequential, and general damages, including, but not limited to, reasonable repair, towing, and rental car costs actually incurred by Plaintiffs.

15. Plaintiff is entitled to recover a civil penalty up to two times the amount of actual damages for JAGUAR LAND ROVER NORTH AMERICA, LLC's willful refusal to comply with its statutory obligations under the Act.

16. Plaintiff is entitled to recover a sum equal to the aggregate amount of costs and expenses including attorney's fees based on actual time expended and reasonably incurred in connection with the commencement and prosecution of this action.

WHEREFORE, Plaintiff prays judgment against JAGUAR LAND ROVER NORTH AMERICA, LLC as follows:

1. For actual damages, including collateral charges, and incidental, consequential, and general damages. To date, such damages include, but are not limited to, Plaintiff's lease inception payment, monthly finance payments, vehicle registration, and, in amounts according to proof, additional monthly finance payments, vehicle loan payoff, repair expense(s), rental expenses, expenses inadvertently omitted herein, and other future expenses reasonably incurred by Plaintiff in connection with this action; and

2. For a civil penalty up to two times the amount of actual damages; and

3. For rescission of the contract and restitution of consideration; and

4. For interest on said sum from date of rescission to date of judgment herein; and

5. For attorney's fees based on actual time expended and reasonably incurred in connection with the commencement and prosecution of this action; and

6. For costs of suit incurred in connection with the commencement and prosecution of this action; and

7. For such other and further relief as the court deems proper.

DATED: July 24, 2017

THE BICKEL LAW FIRM, INC.
Attorneys for Plaintiff

By: _____
C. BRIAN WAGNER