JS-6

FILED
CLERK, U.S. DISTRICT COURT
11/5/2019
CENTRAL DISTRICT OF CALIFORNIA
BY: CW DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| VRAM ISMAILYAN, | Case No. CV 17-7225 FMO (AGRx) |
| Plaintiff, | |
| v. | **JUDGMENT** |
| JAGUAR LAND ROVER NORTH AMERICA, LLC, | |
| Defendant. | |

This action was tried by a jury in Courtroom 6D of the First Street Courthouse, United States District Court for the Central District of California, the Honorable Fernando M. Olguin, United States District Judge, presiding. Plaintiff Vram Ismailyan ("plaintiff") appeared through counsel Joshua Youssefi and Robert Salgado. Defendant Jaguar Land Rover North America, LLC ("defendant") appeared with attorneys Michael Hurvitz and Patrick Raue. Trial commenced on October 29, 2019, and the jury returned a unanimous verdict on November 1, 2019. (See Dkt. 119, Special Verdict Form). Accordingly, IT IS ADJUDGED as follows:

1. As to plaintiff's claim for violation of the Song Beverly Consumer Warranty Act, Cal. Civ. Code §§ 1790, et seq., the jury rendered a verdict finding in favor of plaintiff and found that plaintiff shall recover from defendant the amount of $57,177.58.

2. As to plaintiff's claim for civil penalties under the Song Beverly Consumer Warrant Act, the jury rendered a verdict in defendant's favor.

Dated this 5th day of November, 2019.

/s/
Fernando M. Olguin
United States District Judge