UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 17-7225 FMO (AGRx) | Date | April 20, 2022 |
|---|---|---|---|
| Title | Vram Ismailyan v. Jaguar Land Rover North America, LLC | | |

| Present: The Honorable | Fernando M. Olguin, United States District Judge | |
|---|---|---|
| Gabriela Garcia | None | None |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorney Present for Plaintiff(s): | Attorney Present for Defendant(s): |
|---|---|
| None Present | None Present |

**Proceedings:**   (In Chambers) Order Re: Settlement Proceedings

Pursuant to the Court's Order of March 3, 2022, the parties were required to attend a settlement conference to resolve plaintiff's motion for fees and costs by no later than April 14, 2022. (See Dkt. 166, Court's Order of March 3, 2022). The parties were directed to "abide by the requirements set forth in the Court's Order of January 4, 2022 (Dkt. 162)." (Id.). The Court's Order of January 4, 2022, in turn, required the parties to file a "file a Status Report Re: Settlement" no later than 24 hours after the settlement proceeding. (Dkt. 162, Court's Order of January 4, 2022, at 2). The Court's Order of March 3, 2022, also admonished that "[t]he failure of any party or attorney to comply with the requirements of th[e] Order may result in sanctions being imposed." (Dkt. 166).

As of the filing date of this Order, neither a Status Report nor a Notice of Settlement has been filed. (See, generally, Dkt.). Accordingly, IT IS ORDERED THAT no later than **April 25, 2022**, the parties shall show cause in writing why sanctions should not be imposed for failure to comply with the Court's Order of March 3, 2022. Failure to submit a response to this Order by the deadline set forth above shall result in the imposition of sanctions and/or denial of the pending motion for lack of prosecution. See Fed. R. Civ. P. 41(b); Link v. Wabash R. Co., 370 U.S. 626, 629-30, 82 S.Ct. 1386, 1388 (1962); Pagtalunan v. Galaza, 291 F.3d 639, 642 (9th Cir. 2002). A notice of settlement shall be deemed a satisfactory response to the order to show cause.

|  | 00 : 00 |
|---|---|
| Initials of Preparer | gga |