| | |
|---|---|
| 1 | BOWMAN AND BROOKE LLP |
| | Brian Takahashi, State Bar No. 146505 |
| 2 | Richard L. Stuhlbarg, State Bar No. 180631 |
| | Bryan A. Reynolds, State Bar No. 296434 |
| 3 | 970 W 190th Street, Ste. 700 |
| | Torrance, California 90502 |
| 4 | Tel No:   310-768-3068 |
| | Fax No:  310-719-1019 |
| 5 | brian.takahashi@bowmanandbrooke.com |
| | richard.stuhlbarg@bowmanandbrooke.com |
| 6 | bryan.reynolds@bowmanandbrooke.com |
| 7 | Attorneys for Defendant, JAGUAR LAND ROVER NORTH AMERICA, LLC |
| 8 | BICKEL SANNIPOLI |
| | Brian J. Bickel, State Bar No. 205646 |
| 9 | Jordan K. Sannipoli, State Bar No. 306545 |
| | 701 B Street, Suite 1200 |
| 10 | San Diego, California 92101 |
| | Tel. No.: 619-374-4100 |
| 11 | Fax No.: 619-231-9040 |
| | jordansannipoli@bickelsannipoli.com |
| 12 | |
| | Attorneys for Plaintiff, VRAM ISMAILYAN |

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| VRAM ISMAILYAN, an individual;<br><br>              Plaintiff,<br><br>     vs.<br><br>JAGUAR LAND ROVER NORTH AMERICA, LLC, a corporation; and DOES 1 through 10, inclusive,<br><br>              Defendants. | **CASE NO.:  2:17−cv−07225−FMO-AGR** (Transferred from U.S. District Court of California Southern District Case No. 3:17-cv-01735-WQH-AGS)<br><br>**JOINT STATUS REPORT REGARDING THE OUTCOME OF SETTLEMENT CONFERENCE ON PLAINTIFF'S ATTORNEY'S FEES AND REIMBURSEMENT OF COSTS AND EXPENSES**<br><br>**Judge: Fernando M. Olguin**<br>**Magistrate: Alicia G. Rosenberg**<br><br>Action Filed:        July 24, 2017<br>Trial:                     October 29, 2019<br>Entry of Judgment: November 5, 2019<br>Remand:              November 23, 2021 |

**TO THE HONORABLE COURT:**

Plaintiff VRAM ISMAILYAN ("Plaintiff") and Defendant JAGUAR LAND ROVER NORTH AMERICA, LLC. ("JLRNA") (collectively, the "Parties") by and through their respective counsel of record, hereby submit the following updated Joint Status Report regarding the outcome of the further settlement conference with he assigned mediator regarding Plaintiff's Motion for Payment of Attorney's Fees and Reimbursement of Costs and Expenses. (ECF #170).

The parties attended a further Settlement Conference with mediator Ron Akasaka and had further communications on April 27, 2022, May 4, 2022, and May 12-13, 2022. As of the date of this report, a settlement on the outstanding attorney's fees and costs has not been reached. Despite their best efforts, the parties are at an impasse. They parties do not believe that further negotiations with Mr. Akasaka will result in the settlement of Plaintiff's Motion for Payments of Attorney's Fees and Reimbursement of Costs and Expenses. (ECF #122).

The parties respectfully request the Court not impose sanctions, as the parties have completed a further Settlement Conference as ordered by the Court and have used their best efforts with the assistance of the mediator in an effort to come to an agreement and alleviate the need for a decision on the underlying motion. (ECF #122). The parties request that no further Settlement Conference be ordered.

DATED: May 23, 2022     BICKEL SANNIPOLI APC
                        By:   */s/ Jordan K. Sannipoli*
                        JORDAN K. SANNIPOLI
                        Attorneys for Plaintiff

DATED:  May 23, 2022    BOWMAN AND BROOKE LLP
                        By:   */s/ Richard L. Stuhlbarg*
                        Brian Takahashi
                        Richard L. Stuhlbarg
                        Bryan A. Reynolds
                        Attorneys for Defendant
                        JAGUAR LAND ROVER NORTH AMERICA, LLC

## CERTIFICATE OF SERVICE

I hereby certify that on May 23, 2022, I filed the foregoing document entitled ***JOINT STATUS REPORT REGARDING THE OUTCOME OF SETTLEMENT CONFERENCE ON PLAINTIFF'S ATTORNEY'S FEES AND REIMBURSEMENT OF COSTS AND EXPENSES*** with the clerk of court using the CM/ECF system, which will send a notice of electronic filing to all counsel of record in this action.

                                      */s/ Richard L. Stuhlbarg*
                                      Richard L. Stuhlbarg