# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| VRAM ISMAILYAN,<br><br>　　　　　Plaintiff,<br><br>　　　　　v.<br><br>JAGUAR LAND ROVER NORTH AMERICA, LLC,<br><br>　　　　　Defendant. | Case No. CV 17-7225 FMO (AGRx)<br><br>**JUDGMENT RE: ATTORNEY'S FEES AND COSTS** |

　　　　Pursuant to the Court's Order Re: Attorney's Fees and Costs, filed contemporaneously with the filing of this Judgment, IT IS ADJUDGED THAT defendant shall pay plaintiff attorney's fees in the amount of two-hundred and thirty-three thousand, and nine-hundred and fifteen dollars and seventy-five cents ($233,915.75) and costs in the amount of thirty-two thousand and seven-hundred and sixty-five dollars and seventy-three cents ($32,765.73).

Dated this 28th day of December, 2022.

　　　　　　　　　　　　　　　　　　　　　　　/s/
　　　　　　　　　　　　　　　　　　　　Fernando M. Olguin
　　　　　　　　　　　　　　　　　　　United States District Judge